

# ARKANSAS COURT OF APPEALS

DIVISION III
No. CR–14-888

| | | |
|---|---|---|
| SAMMY LEE DICKSON | APPELLANT | **Opinion Delivered** June 17, 2015 |
| V. | | APPEAL FROM THE CRITTENDEN COUNTY CIRCUIT COURT [NO. CR–2010-704] |
| STATE OF ARKANSAS | APPELLEE | HONORABLE RANDY F. PHILHOURS, JUDGE |
| | | AFFIRMED; MOTION GRANTED |

## RITA W. GRUBER, Judge

Appellant Sammy Lee Dickson entered a plea of guilty to second–degree forgery and was sentenced to thirty-six months' probation on March 7, 2011. The State filed a petition to revoke appellant's probation on June 13, 2012, alleging that he violated the conditions thereof by failing to pay fines, costs, and fees; failing to report to probation; failing to pay probation fees; and failing to notify the sheriff and probation his of current address and employment. After a hearing, the trial court found that appellant had violated the conditions of his probation by failing to report to his probation officer as directed and failing to pay any fees, fines, or costs and sentenced him to twenty-four months in the Arkansas Department of Correction followed by sixty months' suspended imposition of sentence.

Pursuant to Arkansas Supreme Court Rule 4–3(k) and *Anders v. California*, 386 U.S. 738 (1967), appellant's counsel has filed a motion to withdraw, stating that there is no merit

to an appeal. The motion is accompanied by an abstract and addendum of the proceedings below and a brief in which counsel explains why there is nothing in the record that would support an appeal. The clerk of this court served appellant with a copy of counsel's brief and notified him of his right to file a pro se statement of points for reversal within thirty days. Appellant has filed no such statement.

Counsel has briefed the only adverse ruling, sufficiency of the evidence. From our review of the record and the brief presented to us, we find compliance with Rule 4–3(k) and that there is no merit to an appeal. Accordingly, we affirm the order of revocation and grant defense counsel's motion to withdraw.

Affirmed; motion granted.

ABRAMSON and HOOFMAN, JJ., agree.

*C. Brian Williams*, for appellant.

No response.

SLIP OPINION